**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2007

Civil Action No. **07 - CV - 00108** *BnB* GREGO... /... .:NGHAM
                                                                                              CLERK
**(The above civil action number must appear on all future papers**
  **sent to the court in this action.  Failure to include this number**
  **may result in a delay in the consideration of your claims.)**

RICHARD DARSOW, and
DELBERT VIGIL,

       Plaintiffs,

v.

JOHN DOE, Warden, Buena Vista Correctional Facility,
CAPTAIN PADILLIA,
SGT. MILLER,
LT. JIM DOE,
JOE DOE,
JILL DOE,
JANE DOE, and
JOEL DOE,

       Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs Richard Darsow and Delbert Vigil have submitted *pro se* a letter to the

clerk of the Court and a motion titled "Motion to Grant Emergency, and Extreme Fileing

[sic] of Prisoner's Civil Complaint 1983, 42 USC § 1983 and Motion to Proceed In

Forma Pauperis, and Motion for T.R.O. and/or Protective Injunction: Due to the

Extremely Dangerous Situation Plaintiffs Are In." The court has determined that the

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  The plaintiffs will be

Dockets.Justia.com

directed to cure the following if they wish to pursue their claims.  Any papers which the

plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
| | | |
|---|---|---|
| (1) | XX | is not submitted separately and signed separately **by each Plaintiff** |
| (2) | __ | is missing affidavit |
| (3) | XX | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing submitted **by each Plaintiff** |
| (4) | __ | is missing required financial information |
| (5) | __ | is missing an original signature by the prisoner |
| (6) | __ | is not on proper form (must use the court's current form) |
| (7) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | __ | other_____ |

**Complaint, Petition or Application:**
| | | |
|---|---|---|
| (10) | XX | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other <u>Plaintiffs have failed to provide addresses for each defendant.</u> |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the plaintiffs cure the deficiencies designated above

**within thirty (30) days from the date of this order.**  Any papers which the plaintiffs file

in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail **to each plaintiff**, together

with a copy of this order, two copies of both the Prisoner Complaint form and of the

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. It is

FURTHER ORDERED that, if the plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _11th_ day of _January_ , 2007.

BY THE COURT:

_____
BOYD N BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.
**07 - CV - 00108**

Delbert Vigil
Reg. No. 65742
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Richard Darsaw
Reg. No. 132447
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on __1-17-07__

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk